# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 82 CR 555 | **DATE** | 4/7/2008 |
| **CASE TITLE** | United States of America vs. Louis Sheptin | | |

**DOCKET ENTRY TEXT**

The Court hereby adopts and affirms Magistrate Judge Keys' Report and Recommendation [196] dated 1/28/2008. Mr. Sheptin's "Emergency Application for Writ of Habeas Corpus - Medical Urgency" [131] is hereby dismissed without prejudice.

Docketing to mail notices.
*Copy to Magistrate Judge Keys.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|